FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

06 JUL 14 PM 1:48

RALPH L. DELOACH
CLERK
BY _____ DEPUTY
AT KANSAS CITY, KS.

Imelda Reyes-Martinez )
3248 Gillham Rd )
Kansas City, MO 64109 )
(Enter above the full name of the Plaintiff(s)) )
)
vs. )
)
Kansas University Medical Center )
Name )
3901 Rainbow )
Street and number )
Kansas City, KS 66160 )
City      State      Zip Code )

Case Number: 06-2291 JWL

(Enter above the full name and address of the
Defendant in this action - list the name and address
of any additional defendants on the back side of
this sheet).

CIVIL COMPLAINT PURSUANT TO
TITLE VII OF THE
CIVIL RIGHTS ACT OF 1964
or
29 U.S.C. § 621-634(b)
(Age Discrimination in Employment Act)
or
42 U.S.C. § 12111 et seq.
(Americans With Disabilities Act)

Mark the statute that you are filing this complaint under:

    __X__ Title VII of the Civil Rights Act of 1964.

    _____ 29 U.S.C. § 621-634 (b) (Age Discrimination in Employment Act)

    __X__ 42 U.S.C. § 12111 et. seq. (Americans With Disabilities Act)

1

1.  Plaintiff resides at: 3248 Gillham Rd.
    Kansas City, MO 64109

2.  Defendant employer(s) reside or can be served with process at the addresses set forth in the caption above.

3.  This Action is brought for employment discrimination, pursuant to one or both of the following laws:

    a.  __X__ Title VII of the Civil Rights Act of 1964 for employment discrimination.
    b.  _____ Age Discrimination in Employment Act of 1967, codified at 29 U.S.C. § 621-634(b), as amended, for employment discrimination based on age;
    c.  __X__ Americans With Disabilities Act, codified at 42 U.S.C. § 12111 et. seq., for employment discrimination based on disability.

Jurisdiction is conferred on this court pursuant to 29 U.S.C. § 626(c)(1), 42 U.S.C. § 2000e-5, or 42 U.S.C. § 12117. If the plaintiff is a federal employee, jurisdiction is conferred on this court pursuant to 29 U.S.C. § 633a(c).

4.  Venue is invoked pursuant to 28 U.S.C. § 1391.

5.  Defendant's conduct is discriminatory with respect to the following:

    a.  _____ My race or color, which is _____.
    b.  _____ My religion, which is _____.
    c.  _____ My sex, which is ____ male; ____ female.
    d.  _____ My national origin, which is _____.
    e.  _____ My age, in violation of 29 U.S.C. § 623.
    f.  __X__ My disability or perceived disability, which is Severe permanent damage on the nerves and denervation of the muscles
    g.  __X__ Other as specified below:
        Retaliation
        Harrassment
        _____.

2

6. The plaintiff is an employee within the meaning of the above-cited statutes.

7. If this is an age discrimination case, the plaintiff states the following:

   a. Plaintiff is within the age limits as prescribed by 29 U.S.C. § 631(a).

   b. My age at the time of the alleged discriminatory conduct was _____.

   c. My year of birth is _____.

8. The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 28 U.S.C. § 1343 and 29 U.S. C § 630(b)(c) and (d).

9. The defendant(s) is (are) engaged in commerce within the meaning of the above-cited statutes.

10. The conduct complained of in this action concern:

    a. _____ Failure to employ

    b. __X__ Termination of employment

    c. _____ Failure to promote

    d. __X__ Unequal terms and conditions of employment

    e. __X__ Reduction in wages

    f. __X__ Retaliation

    g. __X__ Failure to accommodate disability

    h. _____ Other acts as specified below:

    _____

    _____

    _____

    _____

    _____

3

11. The facts surrounding my claim of discrimination are: of Narcotics like oxicotin, 2 of 4 of 4
    - Working on the influences of a lot of
    - KU Medical Center broke agreement from June 2000
    - Work in one position with another's position salary + benefits (Lower)
    - Withhold benefits and differential payments
    - Pay me while disabled out of my own vacation time and benefits
    (If more space is needed you may attach additional sheets of 8½" X 11" paper.)

12. The alleged discriminatory conduct occurred on or about _____
    at    4/4/05  -  12/14/05    .

13. In accordance with 42 U.S.C. § 2000e-5, 29 U.S.C.§ 626(d) and 29 U.S.C. § 633(b), or 42 U.S.C. § 12117, more than sixty (60) days have elapsed since filing a charge alleging unlawful discrimination with the Kansas State Division of Human Rights, the Kansas Commission on Human Rights or the Equal Employment Opportunity Commission.

14. In accordance with 28 U.S.C. § 1343 or 29 U.S.C. § 633a(d), of this is an Age Discrimination action, a thirty (30) day Notice of Intent to File this action has been given to the Equal Employment Opportunity Commission.

15. I filed charges with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights regarding the alleged discriminatory act on    2/06    .

16. I filed charges with the Equal Employment Opportunity Commission regarding the alleged discriminatory act on    11/05    .

17. I filed a Notice of Intent with the Equal Employment Opportunity Commission on _____.

18. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter (copy attached) which was received by me on or about_____.

19. If relief is not granted, plaintiff will be irreparably denied the rights secured by the Age Discrimination in Employment Act of 1967, as amended, by Title VII of the 1964 Civil Rights Act, as amended, or by the Americans With Disability Act.

20. Plaintiff demands trial by jury. Yes  X   No _____

4

WHEREFORE, plaintiff prays that:

a. The court grant the relief stated in 42 U.S.C. § 2000e-5, 29 U.S.C. § 633a(c), or 42 U.S.C. § 12117, including damages in the amount of $ 300,000.00

b. The court grant such other legal or equitable relief as the court deems just and proper, including attorney's fees and costs.

*Imelda Reyes-Martinez*
Signature of Plaintiff

Imelda Reyes-Martinez
Name (Print or Type)

3248 Gillham Rd
Address

Kansas City, MO 64109
City    State    Zip Code

(816) 753-8176 / 816-419-3920
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ( Wichita, (Kansas City) or Topeka ), Kansas as the location for the
(circle one location)
trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury ((yes) or no ).
(circle one)

*Imelda Reyes-Martinez*
Signature of Plaintiff

Dated: 7/14/06
(Rev. 9/04)

5